(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **05-80535**

Marvin Johnson

CIV-MIDDLEBROOKS

MAGISTRATE JUDGE
WHITE

PROVIDED TO
HENDRY C.I. ON
JUN 08 2005
FOR MAILING

(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

SGT. Spay
SGT. Rogers
SGT. Henders
C.O. L.J. Nieto

(Enter above the full name of the defendant or defendants in this action.)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

oat / div Palm Beach ("1983")
Case # 9:05CV80535
Judge DMM Mag PAW
Motn Ifp Yes  Fee pd $ NO
Receipt # ✓

Page 1 of 5

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes ( )   No (✓)

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit

           Plaintiffs: _____

           Defendants: _____

        2. Court (if federal court, name the district; if state court, name the county): _____

        3. Case Number: _____

        4. Name of Judge to whom case was assigned: _____

        5. Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?): _____

        6. Approximate date of filing lawsuit: _____

        7. Approximate date of disposition: _____

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II. Place of present confinement: Hendry Correctional Inst. 12551 Wainwright Drive, Immokalee, Fl 34142

A. Is there a prisoner grievance procedure in this institution?

Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (✓)   No ( )

C. If your answer is YES:

1. What steps did you take? Asst. Warden, F.D.L.E., Inspector General and Regional Director (Motta Villicotta

2. What was the result? The problem been under Investigation

D. If your answer is NO, explain why not: _____

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff: Marvin Johnson
Address: Hendry Correctional Inst. 12551 Wainwright Drive Immokalee Fl 34142

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant SGT. Sooy, SGT. Roger, SGT. Hendry C.O.L.J. Nieto
is employed as Correctional Officers
at Hendry Corr. Inst. Immokalee Fl 34142

Page 3 of 5

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

C. Additional Defendants: SGT. ROGERS, SGT. HENDER, SGT. SOOY, C.O. L.J. NIETO. Correctional Officers At Hendry Corr. Inst. 12551 Wainwright Drive, Immokalee Florida 34142

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

ON-1-17-05 AT 6:00 P.M. SGT. SOOY, SGT. HENDER, SGT. ROYER AND C.O. L.J. NIETO JUMP ON ME AT HENDRY FOOD SERVICE AT HENDRY CORRECTIONAL FOR NOTHING. OFFICER SANibral CALLED OVER THE RADIO TO FOOD SERVICE FOR THE FOUR CORRECTIONAL OFFICERS. OFFICER SANibral DIDN'T SAY WHY HE CALLED FOR ASSISTANCE DURING THE TIME OF INCIDENT. AS I WALKED TO THE STORAGE ROOM AREA, SGT. SOOY, SGT. HENDER, SGT. ROYER, AND C.O. L.J. NIETO FORCEFULLY SLAMMED ME TO THE FLOOR BEFORE RESTRAINING ME IN HANDCUFFS. OFFICERS HENDER AND C.O. L.J. NIETO ESCORTED ME TO MEDICAL AND I WAS EXAMINED BY MEDICAL AND MY INJURIES WERE SERIOUS, THAT CAUSED PERMANENT DIZZINESS TO MY HEAD AND SHOULDER PAIN. ON 1-17-05 THE EMPLOYEES OF D.O.C. HEREINAFTER COLLECTIVELY REFERED TO AS OFFICERS, WHILE ACTING UNDER D.O.C. POLICY AND/OR IN THE COURSE AND

## STATEMENT/FACTS

scope of their duties as a officer of D.O.C. Officers Hender and Nieto took me to confinement after medical. The actions of the D.O.C. officers were done without my consent and against my will. As direct action of these officers, (Sony, Rogers, Hender and Nieto, I suffered damages including physical suffering, physical inconvenience, physical discomfort, aggravation of an existing medical condition, loss of gaintime, embarrassment, humiliation, disgrace of injury to my feelings, and reputation. The emotional damage to me, I demand judgement against the officer's of Hendry County (D.O.C.) for compensatory damages and the costs of the allegations and actions against me. The officers acting in the course of D.O.C. policy of their employment while attempting to restrain me, used an amount of force which was unreasonable and unneccessary. The degree of force used against me, was without my consent and against my will. The officers of D.O.C. breached their duty of care owed to me by unreasonable detaining me and using unreasonable degree of force during the time incident while in their custody.

cont: 4 of 5

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## V. Relief

State briefly exactly what you want the court to do so for you. Make no legal arguments. Cite no cases or statutes.

As a result of D.O.C. officers negligence I suffered bodily injury in pain and suffering, disability, loss of ability to earn money and aggravation of a previously existing condition. These issues are permanant and/or continuing and I will continue to suffer such losses in the future. I demand for jury trial, I demand judgement for damage against defendants (officers) and demand trial by jury on all issues suitable and I demand one million for my injury complaint. Facts common to all counts false imprisonment count II battery, count III excessive force, demand for jury trial, count IV negligence.

Signed this 8th day of June, 2005.

Malvin Johnson
Hendry Correctional Inst.
1251 Wainwright Drive
Immokalee Fl
34142

(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct. Executed on 6-8-05

Malvin Johnson

(Signature of plaintiff)

Page 5 of 5