HENDRY C.L.

UNITED STATES DISTRICT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

Case No.: 2:05-cv-328-FtM-33SPC

MARVIN JOHNSON,
    Plaintiff,

VS.

SGT. SOOY, SGT. ROGERS,
SGT. HENDERS, L.J. NIETO,
    Defendants.

RECEIVED

2005 SEP -7 PM 1:20
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

FILED

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE DATED AUGUST 10, 2005 AND RESPONSE TO ORDER ALSO DATED AUGUST 10, 2005.

    NOW COMES the Plaintiff, Marvin Johnson (hereinafter referred to as "Johnson"), in propria persona, and files this his response to two orders issued by this Court on August 10, 2005. As grounds therefore Johnson alleges as follows:

RESPONSE TO ORDER TO SHOW CAUSE

1. On August 10, 2005 this Court issued an order to show cause relative to its concern that Johnson had failed to exhaust his administrative remedies prior to the filing of the instant civil rights complaint. The concern arose due to some unfortunate language used by Johnson in his complaint that indicated he filed a grievance in connection with his claim but that said claim was "under investigation".

2. In fact, Johnson has exhausted his administrative remedies via the Department of Corrections mandated grievance procedure. As evidence therefore Johnson attaches hereto as Exhibit "A" his informal grievance, Exhibit "B" his formal grievance (incorrectly noted as "Informal Grievance 33-103-005) and Exhibit "C" his Request for Administrative Remedy or Appeal directed to the Secretary of the Florida Department of Corrections.

2

## RESPONSE TO ORDER

3. In addition to the above show cause order, this Court also issued an order relative to Johnson's indigency status and the filing of the proper Financial Certificate or the payment of the filing fee. In order to comply with the Court's order Johnson would allege that he has requested from the Inmate Bank of the Department of Corrections his certificate of account history for attachment to the required Prisoner Consent Form and Financial Certificate. To date Johnson has not received a reply from the Inmate Bank. Upon receipt of same Johnson will immediately file with this Court the Prisoner Consent Form and Financial Certificate together with the required account statement.

## CERTIFICATE OF SERVICE

I hereby certify that a true and

correct photocopy of the foregoing was furnished via First-class U.S. Mail, postage prepaid, to all parties of record and the Office of the Attorney General, Tampa Regional Area, 3507 East Frontage Road, Suite 950, Tampa, Florida 33607 this 2nd day of September, 2005

Marvin Johnson
Marvin Johnson
DC # 912688
Hendry Work Camp
11569 Wainwright Drive
Immokalee, FL 34142

4

CONFINEMENT

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: AW05-121
Team Number: _____
Institution: Hendry Inst.

**INMATE REQUEST**

(Instructions on Back)

HENDRY CORRECTIONAL INSTITUTE
OFFICE OF ASSISTANT WARDEN

Ms Langford,

FEB 07 2005
RECEIVED

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name: Johnson, Marvin | DC Number: 912888 | Quarters: D-3207 | Job Assignment: None | Date: 2-3-05 |
|---|---|---|---|---|---|

**REQUEST** Informal Grievance

On approximately 6:30 on 1-17-05 Sergant D Roger Sergant Hender Sergant Scott and C.O. L.J. Nieto jump on me in the chow hall by the storage room area I fell on the floor its cement bump my head Sergant Hender twist my right arm and hurt my shoulder and they hurt the left side rib the doctor gave me Naproxen 250 mg tablet the pill still not stopping the pain, my head still be spining around when I get up and down off my bunk my right arm shoulder rib still hurt and when I cough and turn to the left my rib hurt real bad I need to be sent to South Florida Reception Center to see a outside doctor because this doctor here are a veternian doctor and don't know about human

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    **DATE RECEIVED:** _____

Your allegations have been forwarded to the Inspector Generals Office for further review.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): [signed] | Date: 2/14/05 |
|---|---|

Distribution: White - Returned to Inmate    Pink - Retained by official responding, or if the response is to an
             Canary - Returned to Inmate            informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

Exhibit "A"

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: AW05-327
Team Number: 4
Institution: Hendry C.I.

Mrs Lansford

(Instructions on Back)

RECEIVED MAY -9 2005

HENDRY CORRECTIONAL INSTITUTE
OFFICE OF ASSISTANT WARDEN
MAY 02 2005

| TO: (Check One) | ☐ Warden  ☑ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name: Johnson Marvin | DC Number: 912888 | Quarters: D-2203 | Job Assignment: Inside Grounds | Date: 5-1-05 |
|---|---|---|---|---|---|

**REQUEST** Informal Grievance 33-103-005.

Mrs Lansford on 1-17-05 when Sgt. Scoy, Sgt. Roger, Sgt. Hender and C.O.I. J. Nieto jump on me for nothing in food service where I was sign to work by the I.C.T. Broad that cause me dizzness and right shoulder pain still hurting me. If Dr. Jani was a orthopedic doctor he would know why I am still having dizzness and right shoulder pain after three months he done everything he knew by being a regular doctor but its didnt do any good. I need to be sent down to South Florida Reception Center to see a orthopedic are a Chriropractor doctor to see why the dizzness and my right shoulder still hurting me

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**   DATE RECEIVED:

Forward to Ms Love for review & response. VL

Inmate Johnson - You were last seen by Dr. Jani on 5-2-05. At that time he did not believe a referral to an outside specialist was clinically indicated.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Returned**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): V. Love  HEALTH SERVICES ADMIN, HENDRY C.I.   Date: 5/16/05 1645

Distribution:  White - Returned to Inmate    Pink - Retained by official responding, or if the response is to an
               Canary - Returned to Inmate            informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

Exhibit "B"

## PART B - RESPONSE

| JOHNSON, MARVIN | 912888 | 0505-576-026 | (576) HENDRY C. I. | D2203L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

Your formal grievance has been received, reviewed and evaluated. Your condition has been evaluated multiple times by Dr. Jani. Based on his clinical examination of 5/2/2005, he does not believe a referral to an outside specialist is in order at this time. If you have any ongoing issues, you may access sick call by completing form DC4-698A.

Based on the foregoing information, your grievance is denied.

You may obtain further review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by 33-103.007(3) (a) and (b), and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road, Tallahassee, FL 32399-2500.

_V. LOVE, MS_
HEALTH SERVICES ADMIN.
HENDRY C.I.

A. K. JANI, M.D.
HENDRY C.I.

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE: 5/27/05

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

RECEIVED
JUN 0 1 2005
OFFICE OF ASSISTANT WARDEN
HENDRY CORRECTIONAL INSTITUTION

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

HENDRY CORRECTIONAL INSTITUTE
OFFICE OF ASSISTANT WARDEN
0505-576-026
MAY 18 2005
RECEIVED

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Johnson  Marvin  912888  Hendry Inst.
Last    First    Middle Initial    Number    Institution

**Part A – Inmate Grievance**

Warden on 1-17-05 when Sgt. Scoy, Sgt. Hendel Sgt. Roger and C.O. L.J. Nieto jump on me for nothing in food service where I was sign to work by the I.C.T broad that cause me dizzness and right shoulder pain still hurting me. If Dr. Jani was a orthopedic doctor he would know why I am still having dizzness and right shoulder pain after three months he done everything he knew by been a regular doctor but its didnt do any good. I need to be sent down to South Florida Reception Center to see a orthopedic or a chiropractic doctor to see why the dizzness and my right shoulder still hurting me

5-17-05                              Marvin Johnson
DATE                              SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: __0__
                                                                         #    Signature

**PART B – RESPONSE**

Exhibit "B"

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
JUN 10 2005
Department of Corrections
Inmate Grievances

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: Johnson   Marvin   912888   Hendry Correctional
Last   First   Middle Initial   Number   Institution

### Part A – Inmate Grievance

056-16424

Secretary James Crosby on 4-17-05 Sgt Sooy, Sgt Holder Sgt Roger and C.O. L.J. Nieto jump on me for nothing in food service where I was sign to work by the I.C.T Broad that cause me dizzness to my head and right shoulder pain that still hurting me. If Dr. Jani was a orthopedic doctor he would know why I am still having dizzness to my head and right shoulder pain after three months he done every thing he know by been a regular doctor but its didn't do any good. I need to be sent down to South Florida Reception Center to see a orthopedic and a chiropractor doctor to see why the dizzness and right shoulder still hurting me

6-5-05
DATE

Marvin Johnson
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0
#   Signature

### PART B – RESPONSE

SEE ATTACHED RESPONSE

_____   Orlester Dickens   7-15-05
SIGNATURE AND TYPED OR PRINTED NAME   SIGNATURE OF WARDEN, ASST. WARDEN, OR   DATE
OF EMPLOYEE RESPONDING   SECRETARY'S REPRESENTATIVE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.   Exhibit "C"

## Part B Response

> MAILED / FILED
> WITH AGENCY CLERK
>
> JUL 21 2005
>
> Department of Corrections
> Bureau of Inmate Grievance Appeals

| Johnson, Marvin | 912888 | 05-616424 |
|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is the responsibility of your Chief Health Officer to determine the appropriate treatment regimen for the condition you are experiencing.

Records indicate you were last seen by the doctor on 5/2/05. There is no documentation of you accessing sick call since that visit. Specialty consults are ordered by your Chief Health Officer when in his judgment a medial need is presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

**CONFIDENTIAL**
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENEDED FOR THIS ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW

Pilar Gudino, IISC

_[signature]_  _[signature]_  7-15-05

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN OR SECRETARY'S REPRESENTATIVE | DATE